Christopher R. Pantel (SBN 256569)
400 8th Street NW
Washington, District of Columbia 20004
(202) 557-8100

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER DOBSON, on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>ZENIMAX MEDIA INC., BETHESDA SOFTWORKS LLC, BETHESDA GAME STUDIOS, and DOES 1 through 100, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:19-CV-01094-TLN-EFB |

## NOTICE OF WITHDRAWAL OF COUNSEL

　　The undersigned, Christopher Richard Pantel, respectfully requests that the Court note his withdrawal as counsel for Plaintiff Amber Dobson and the Proposed Class in this case (Plaintiff). Mr. Pantel recently ceased his affiliation with the law firm Tayman Lane Chaverri, LLP. Plaintiff will continue to be represented by counsel of record, Migliaccio & Rathod, LLP.

Respectfully submitted,

January 11, 2020

/s/ *Christopher R. Pantel*

Christopher R. Pantel, SBN 256569