1

2

3

4

5

Nicholas A. Migliaccio (*pro hac vice*)
nmigliaccio@classlawdc.com
Jason S. Rathod (*pro hac vice*)
jrathod@classlawdc.com
**MIGLIACCIO & RATHOD LLP**
388 Market Street, Suite 1300
San Francisco, California 94111
Office: (415) 489-7004

6

*Attorneys for Plaintiff*

7

8

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

9

10

11

12

13

14

15

16

| | |
|---|---|
| AMBER DOBSON, on behalf of herself and all others similarly situated, | Case No. 2:19-CV-01094-TLN-EFB |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| v. | Honorable Troy L. Nunley |
| ZENIMAX MEDIA INC., BETHESDA SOFTWORKS LLC, BETHESDA GAME STUDIOS, and DOES 1 through 100, inclusive, | |
| Defendants. | |

17

18

19

20

21

        In accordance with Local Rule 160, the parties hereby notify the Court that they have reached

a settlement in principle. The parties anticipate finalizing the settlement agreement within thirty (30)

days and filing a notice of dismissal once the agreement is final.

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT
Case No. 2:19-CV-01094

DATED:  July 28, 2020          ***

Respectfully submitted,

By:  /s/ Nicholas A. Migliaccio

Nicholas A. Migliaccio (*pro hac vice*)
nmigliaccio@classlawdc.com
Jason S. Rathod (*pro hac vice*)
jrathod@classlawdc.com
**MIGLIACCIO & RATHOD LLP**
412 H Street NE, 3rd Floor
Washington, DC 20002
Tel: (202) 470-3520/Fax: (202) 800-2730

NOTICE OF SETTLEMENT
Case No. 2:19-CV-01094

1