Nicholas A. Migliaccio (*pro hac vice*)
nmigliaccio@classlawdc.com
Jason S. Rathod (*pro hac vice*)
jrathod@classlawdc.com
**MIGLIACCIO & RATHOD LLP**
388 Market Street, Suite 1300
San Francisco, California 94111
Office: (415) 489-7004

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER DOBSON, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZENIMAX MEDIA INC., BETHESDA SOFTWORKS LLC, BETHESDA GAME STUDIOS, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-CV-01094-TLN-EFB<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS**<br><br>Honorable Troy L. Nunley |

On July 28, 2020, the parties filed a notice of settlement (Docket Entry 26) notifying the court that they had reach an agreement in principle, that they anticipated finalizing the settlement agreement within thirty (30) days, and would file a notice of dismissal once the agreement was final. On July 29, 2020, the Court issued a Minute Order (Docket Entry 27) ordering the parties to file dispositional documents by August 28, 2020.

On August 27, 2020, the parties sought an extension of time to file the dispositional documents until August 26, 2020 (Docket Entry 28). On August 27, 2020, the Court entered a Minute Order (Docket Entry 29) ordering the parties to file dispositional documents by September 18, 2020.

**STIPULATION FOR EXTENSION OF TIME**
Case No. 2:19-CV-01094

1

The parties continue to diligently work toward finalizing the settlement agreement in accordance with the Court's Order. However, the parties recently decided that it is in their collective interest to seek more time to ensure that the settlement agreement is properly drafted in light of the complexity of the case, and that it is in accordance with all applicable rules. The parties anticipate needing an additional week to finalize the agreement and file the dispositional documents. The parties respectfully request that the Court extend the time allowed to file dispositional documents an additional seven (7) days, until September 25, 2020.

DATED: September 11, 2020     ***

Respectfully submitted,

By: /s/ Nicholas A. Migliaccio

Nicholas A. Migliaccio (*pro hac vice*)
nmigliaccio@classlawdc.com
Jason S. Rathod (*pro hac vice*)
jrathod@classlawdc.com
**MIGLIACCIO & RATHOD LLP**
412 H Street NE, 3rd Floor
Washington, DC 20002
Tel: (202) 470-3520/Fax: (202) 800-2730

**STIPULATION FOR EXTENSION OF TIME**
Case No. 2:19-CV-01094

2