Nicholas A. Migliaccio (*pro hac vice*)
nmigliaccio@classlawdc.com
Jason S. Rathod (*pro hac vice*)
jrathod@classlawdc.com
**MIGLIACCIO & RATHOD LLP**
388 Market Street, Suite 1300
San Francisco, California 94111
Office: (415) 489-7004

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER DOBSON, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZENIMAX MEDIA INC., BETHESDA SOFTWORKS LLC, BETHESDA GAME STUDIOS, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-CV-01094-TLN-EFB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Honorable Troy L. Nunley |

Plaintiff Amber Dobson ("Plaintiff") and Defendants Zenimax Media Inc., Bethesda Softworks LLC, and Bethesda Game Studios (collectively "ZeniMax"), by and through their undersigned counsel, hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's claims against ZeniMax are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

DATED:  September 25, 2020        ***

                                     Respectfully submitted,

                                     By:  /s/ Nicholas A. Migliaccio

Nicholas A. Migliaccio (*pro hac vice*)
nmigliaccio@classlawdc.com
Jason S. Rathod (*pro hac vice*)
jrathod@classlawdc.com
**MIGLIACCIO & RATHOD LLP**
412 H Street NE, 3rd Floor
Washington, DC 20002
Tel: (202) 470-3520/Fax: (202) 800-2730

Attorneys for the Plaintiff


/s/ Margaret A. Esquenet
Margaret A. Esquenet (*pro hac vice*)
margaret.esquenet@finnegan.com
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Tel: (202) 408-4007/ Fax (202) 408-4400

Attorneys for the Defendant